UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRENCE USHER,

                Petitioner,

  v.

A. NEIL CLARK,

                Respondent.

CASE NO.  C10-790-MJP-JPD

REPORT AND RECOMMENDATION

Terrence Usher ("petitioner") is proceeding pro se.  By letter dated May 11, 2010, petitioner was granted thirty (30) days to either pay the $5.00 filing fee, or submit a completed application to proceed *in forma pauperis* ("IFP"), along with a certified copy of his prison trust account statement showing transactions for the past six months.  (Dkt. No. 3.)  Petitioner was advised that failure to respond to the letter by June 10, 2010, could result in dismissal of the case.  *Id*.  To date, petitioner has neither paid the filing fee nor submitted a completed application for IFP status.  Accordingly, the Court recommends that this action be dismissed without prejudice for failure to pay the filing fee pursuant to 28 U.S.C. § 1914.

DATED this 23rd day of June, 2010.

                */s/ James P. Donohue*
                JAMES P. DONOHUE
                United States Magistrate Judge

REPORT AND RECOMMENDATION - 1