# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TERRENCE USHER,<br><br>                      Petitioner,<br><br>    v.<br><br>A. NEIL CLARK,<br><br>                      Respondent. | CASE NO. C10-790-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's proposed habeas petition (Dkt. 1) is DISMISSED without prejudice for failure to pay the applicable filing fee pursuant to 28 U.S.C. § 1914.

3. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

DATED this 2nd day of August, 2010.

                                                      Marsha J. Pechman<br>                                                      United States District Judge

ORDER OF DISMISSAL - 1